**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH O'REILLY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-5188** |
| | : | |
| **CITY OF PHILADELPHIA** | : | |

# ORDER

**AND NOW**, this 14th day of June 2024, upon considering Defendant's Motion for judgment on the pleadings (ECF No. 7), Plaintiff's Opposition (ECF No. 11), Defendant's Reply (ECF No. 12), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 7) is **GRANTED** requiring we dismiss the Fair Labor Standards Act claims with prejudice and direct the Clerk of Court forthwith **close** this case.

_____
**KEARNEY, J.**